# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELTON CROCHET, JR.

NO. 2021 KW 0847

**OCTOBER 5, 2021**

---

In Re:    Elton Crochet, Jr., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 00-CR-000186.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT